IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 21-mj-160 |
| | : | |
| **DANA JOE WINN** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

COMES NOW, Allen H. Orenberg and, pursuant to the Criminal Justice Act, hereby enters his appearance on behalf of the Defendant, Dana Joe Winn, *nunc pro tunc* to January 29, 2021, in the above-captioned criminal cause.

Respectfully Submitted,

_____-*S*-_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of February, 2021, a copy of the foregoing Notice of Appearance, was delivered to case registered parties by the CM/ECF court system.

_____-S-_____
Allen H. Orenberg