# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Case No. 21-0139-02 (TNM) |
| : | |
| **DANA JOE WINN &** : | |
| **RACHEL LYNN PERT,** : | |
| : | |
| **Defendants.** : | |

## DEFENDANT DANA JOE WINN's
## SENTENCING HEARING WITNESS LIST

COMES NOW Allen H. Orenberg, counsel for the defendant, and hereby informs the Court that the following persons are expected to testify on behalf of Dana Joe Winn at the sentencing hearing scheduled for December 20, 2021.

- Mrs. Debbie Wittmer, who is the mother of Mr. Winn.

- Mr. Zachary Covington, who is the son of Mr. Winn.

- Ms. Amanda Mincery, who is the daughter-in-law of Mr. Winn.

(Each person is expected to testify for approximately 5-10 minutes)

Respectfully Submitted,

_____-S-_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com